# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC f/k/a U.S. FILTER OPERATING SERVICES INC.,** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) Civil Action No. 07-0408-CG-B |
| **ARTESIAN UTILITY SYSTEMS MANAGEMENT, INC., et al.,** | )<br>)<br>)<br>) |
| **Defendants.** | ) |

## ORDER

Pursuant to the parties' Notice of Resolution (Doc.136), advising that this matter was successfully resolved through mediation, and Rule 41 of the Federal Rules of Civil Procedure, it is **ORDERED** that all claims in the above-styled action are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**DONE and ORDERED** this 2nd day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE